No. 74–116. PLACE v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 419 U. S. 1040. Petition for rehearing granted and order of November 25, 1974, denying petition for writ of certiorari, vacated. Certiorari granted, judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Brown* v. *General Services Administration,* 425 U. S. 820, 824 n. 4 (1976). MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 74–851. SEEBER, GENERAL MANAGER, TENNESSEE VALLEY AUTHORITY, ET AL. v. ALABAMA ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hancock* v. *Train, ante,* p. 167.

No. 75–811. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ET AL. v. PALMORE ET AL.; and SWAIN, REFORMATORY SUPERINTENDENT v. PRESSLEY. C. A. D. C. Cir. [Certiorari granted, 424 U. S. 907.] Motion of respondents for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument.

No. 75–567. OREGON EX REL. STATE LAND BOARD v. CORVALLIS SAND & GRAVEL CO.; and

No. 75–577. CORVALLIS SAND & GRAVEL CO. v. OREGON EX REL. STATE LAND BOARD. Sup. Ct. Ore. [Certiorari granted, 423 U. S. 1048.] Renewed motion of the Attorney General of California et al. for leave to participate in oral argument as *amici curiae* denied.